# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **24−20570 − DER**   Chapter: **13**

**Kerynn D Poole**
Debtor

## NOTICE OF DEADLINE FOR FILING MISSING DOCUMENT

| | |
|---|---|
| DOCUMENT: | **Voluntary Petition** |
| PROBLEM: | **The following pleadings are missing.** |
| CURE: | **All of these pleadings must be filed by the date shown below.** |
| | **Ch 13 Plan & Cert of Service due 12/30/2024**<br>**Stmt. of Fin. Affairs due 12/30/2024** |
| CONSEQUENCE: | **If the problem is not cured by the date below,<br>YOUR CASE WILL BE DISMISSED WITHOUT A<br>HEARING.** |
| This notice is issued pursuant to: | **11 U.S.C. § 521**<br>**Federal Rule of Bankruptcy Procedure 1007**<br>**Federal Rule of Bankruptcy Procedure 3015(b)** |

**All deficiencies must be cured by <u>12/30/24</u>.**

**Additional information for non−attorney filers is available at
http://www.mdb.uscourts.gov/content/no−attorney**

Dated: 12/17/24

Mark A. Neal, Clerk of Court
by Deputy Clerk, Chanel Paige
410−962−4434

cc:  Debtor
Attorney for Debtor − Diana L. Klein

Form ntcddl (03/05)