The Chapter 13 Plan will be served by the Court's CM/ECF system on the following:

Rebecca A. Herr      ecf@ch13md.com
Diana L. Klein      diana@klein-lawfirm.com, jenny@klein-lawfirm.com; kleindr67330@notify.bestcase.com; dianaklein5@icloud.com
Elizabeth H Parrott      elizabeth.parrott@mccalla.com, mccallaecf@ecf.courtdrive.com


The Chapter 13 Plan will be served by firt-class mail prepaid, on the following:

```
Label Matrix for local noticing          (p)ANNE ARUNDEL COUNTY OFFICE OF LAW      BB&T Items Processing Center
0416-1                                   ATTN MARGARET V DALL'ACQUA                PO Box 580050
Case 24-20570                            2660 RIVA ROAD                            Charlotte, NC 28258-0050
District of Maryland                     4TH FLOOR
Baltimore                                ANNAPOLIS MD 21401-7180
Tue Dec 31 08:20:27 EST 2024

(p)PNC BANK RETAIL LENDING               (p)BWW LAW GROUP LLC                      Credit Collection Services
P O BOX 94982                            6003 EXECUTIVE BLVD                       Attn: Bankruptcy
CLEVELAND OH 44101-4982                  SUITE 101                                 725 Canton St
                                         ROCKVILLE MD 20852-3813                   Norwood, MA 02062-2679


(p)FAY SERVICING LLC                     Luminis Health                            (p)COMPTROLLER OF MARYLAND
P O BOX 814609                           PO Box 236                                BANKRUPTCY UNIT
DALLAS TX 75381-4609                     Crownsville, MD 21032-0236                7 ST PAUL STREET SUITE 230
                                                                                   BALTIMORE MD 21202-1626


(p)PORTFOLIO RECOVERY ASSOCIATES LLC     State of Maryland DLLR                    Synchrony Bank/Care Credit
PO BOX 41067                             Division of Unemployment Insurance        Attn: Bankruptcy Dept
NORFOLK VA 23541-1067                    1100 N. Eutaw Street, Room 401            Po Box 965064
                                         Baltimore, MD 21201-2226                  Orlando, FL 32896-5064


U.S. Department of Education             (p)MCCALLA RAYMER LEIBERT PIERCE LLC
Ecmc/Attn: Bankruptcy                    ATTN ATTN WENDY REISS
Po Box 16408                             1544 OLD ALABAMA ROAD
Saint Paul, MN 55116-0408                ROSWELL GA 30076-2102



Kerynn D Poole
127 Duval Lane
Edgewater, MD 21037-1610
```