UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE: |
|
**KERYNN D. POOLE** | **Case No. 24-20570-DER**
| Chapter 13
|
Debtor(s) |

## ORDER DISMISSING CASE

Upon consideration of the Chapter 13 Trustee's Motion to Dismiss Case pursuant to 11 U.S.C. section 521 (e) (2) (A) for failure to provide a copy of the most recent Federal tax return, or a transcript of such return, for the most recent tax year ending immediately before the commencement of the case, 11 U.S.C. section 1307 (c) (1) for unreasonable delay which is prejudicial to creditors, 11 U.S.C. section 1326 (a) (1) for failure to commence making chapter 13 plan payments, without excuse, the Debtor having had an opportunity to respond, and after any hearing, good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Chapter 13 Trustee's Motion to Dismiss is granted and above-referenced Chapter 13 case is dismissed.

**ALL PARTIES ARE HEREBY NOTIFIED** that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:  Rebecca A. Herr
     Chapter 13 Trustee
     185 Admiral Cochrane Dr. Suite 240
     Annapolis MD 21401

Kerynn D. Poole
127 Duval Lane
Edgewater, MD 21037
*(Debtor)*

Diana L. Klein, Esquire
2450 Riva Road
Annapolis, MD 21401
*(Debtor's Counsel*)

**AND ALL CREDITORS AND PARTIES IN INTEREST ON THE COURT'S MAILING MATRIX**

**END OF ORDER**