IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | Case No. 24-20570 |
| KERYNN POOLE | * | Chapter 13 |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

<u>LINE – ATTACH CERTIFICATE OF SERVICE TO OPPOSITION TO MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENT</u>

Please accept for filing the attached Certificate of Service as an attachment to the Opposition to Motion to Dismiss for Failure to Make Plan Payment (Doc. 20 )

April 17, 2025

Respectfully submitted,

/s/ Diana L. Klein
Diana L. Klein, Esq. (27948)
Klein & Associates, LLC
2450 Riva Road, Annapolis, MD 21401
(443) 569-4574
diana@klein-lawfirm.com

Certificate of Service

I hereby certify that on this 17th day of April 2025 a copy of the foregoing Line and Certificate of Service was served by ECF on the following parties:

Rebecca A. Herr     ecf@ch13md.com

Diana L. Klein     diana@klein-lawfirm.com, jenny@klein-lawfirm.com; kleindr67330@notify.bestcase.com; dianaklein5@icloud.com

Elizabeth H Parrott     elizabeth.parrott@mccalla.com, mccallaecf@ecf.courtdrive.com

Linda St. Pierre     linda.st.pierre@mccalla.com, mccallaecf@ecf.courtdrive.com, Linda.St.Pierre@mccalla.com

Eric VandeLinde     eric.vandelinde@bww-law.com

I hereby certify that on this 17th day of April, 2025 a copy of the foregoing Line and Certificate of Service was sent via first class mail on the parties listed on the attached Mailing Matrix.

                                                /s/ Diana L. Klein
                                                Diana L. Klein