# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **24–20570 – DER**   Chapter: **13**

**Kerynn D Poole**
Debtor

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 5/29/25.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 5/29/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Denise Smith
410–962–4414

Form ntcdsm